**FILED**

JUN 2 2 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kevin Lynn Revels, )
)
Plaintiff, )
)
v. ) Civil Action No. **12 1027**
)
)
Natania Gazek, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff is a prisoner incarcerated in Iowa Park, Texas. He sues a paralegal specialist at the Department of Justice for allegedly refusing "to circulate [his] letters" to "officers or persons" within the Justice Department. Plaintiff seeks "an injunction issued ordering the Chief of Civil Rights Division [to] reopen the suit, and represent us; demand [defendant] [to] order copies of all documents to from this case and amend and present the case to chiefs office . . . ." Compl. at 5. Plaintiff is suing defendant "in her official capacity." Compl. Caption. He has stated no cognizable claim. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: June **20**, 2012

